HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT, | Case No. 12-05802BHS |
| Plaintiff, | JOINT MOTION FOR ADDITIONAL TIME FOR FEDERAL REVIEW OF PROPOSED CONSENT DECREE AND ORDER |
| v. | |
| SUTTER METALS LLC, | |
| Defendant. | **Note on motion calendar:** October 7, 2013 |

In light of the United States Department of Justice's request made on October 7, 2013 (Dkt. 13), the parties hereby stipulate to a fifteen day continuance of the Court's consideration of the parties' joint motion for entry of the proposed consent decree.

RESPECTFULLY SUBMITTED, this 13th day of October, 2013.

SMITH & LOWNEY, PLLC

By: /s/ Richard A. Smith
   Richard A. Smith, WSBA No. 21788
Claire E. Tonry, WSBA No. 44497
Attorneys for Plaintiff
2317 E. John St.
Seattle, WA 98112
(206) 860-2883
Fax: (206) 860-4187
rasmithwa@igc.org, clairet@igc.org

FREIMUND, JACKSON & TARDIF, LLP

By: /s/ Michael E. Tardif
   Michael E. Tardif, WSBA No. 5833
Attorneys for Defendant
711 Capitol Way South, Suite 602
Olympia, WA 98501
(360)-534-9960
Fax: (360) 534-9959
miket@fjtlaw.com

JOINT MOTION AND ORDER- 1
No. 12-05802BHS

ORDER

The parties' joint motion for additional time for federal review is Granted. The hearing on the joint motion for entry of consent decree is continued for fifteen days from the original noting date.

DATED this ___ day of October, 2013.

HON. BENJAMIN H. SETTLE
U.S. DISTRICT JUGDE

JOINT MOTION AND ORDER- 2
No. 12-05802BHS

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883